IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL R. MCLAUGHLIN and MARY LOU L. MCLAUGHLIN, | ) ) ) |
| Plaintiff/Counter-Defendants, | ) ) |
| vs. | ) )   Case No. 03-573-GPM ) |
| FORTIS INSURANCE COMPANY, | ) ) |
| Defendants/Counter-Plaintiffs. | ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiffs/Counter-Defendants, **MICHAEL R. MCLAUGHLIN and MARY LOU L. MCLAUGHLIN,** and Defendant/Counter-Plaintiff, **FORTIS INSURANCE COMPANY,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed February 17, 2006, each party to bear their own costs.

Dated: May 2, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
         Deputy Clerk

Approved by:

  s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**